IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-cr-00131-M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERMAINE LAWRENCE JOHNSON,<br><br>Defendant. | ORDER |

These matters come before the court on Defendant's counseled Motion to Seal Exhibits in Support of Motion for Compassionate Release [DE 68]. Pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed documents, the motion to seal is GRANTED. The Clerk of the Court shall maintain under seal the documents at DE 65 (including 65-1 through 65-6) and 66 until further order of the court.

In addition, with respect to the pending motion for compassionate release (DE 54), it is unclear from the briefing whether the reason on which Defendant relies for his request—i.e., the "incapacitation of the caregiver of the defendant's minor [children]" (*see* DE 54 (citing U.S.S.G. § 1B1.3(b)(3))—remains grounded in fact today. Accordingly, the court DIRECTS the parties to file supplemental briefs, on or before September 23, 2025, informing the court of the status of the caregiver's "incapacitation."

SO ORDERED this __3d__ day of September, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE